UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

*Robert R. Di Trolio, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

05 APR 27 PM 6: 14

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. Deputy in Charge

*U.S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

# NOTICE OF SETTING
### Before Judge Samuel H. Mays, Jr., United States District Judge

April 27, 2005

RE:   03-2337-Ma
      Chicago Insurance Co. v. Diversified Health Services, Inc., et al.

Dear Sir/Madam:

A **STATUS CONFERENCE** has been **SET** before **Judge Samuel H. Mays, Jr.** on **FRIDAY, JUNE 24, 2005** at **10:00 A.M. in Courtroom 2, 11th floor of the Federal Building, Memphis, Tennessee.**

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY: _____
Jean Lee, Case Manager
901-495-1239

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _4/28/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:03-CV-02337 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Amy E. Ferguson
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Robert A. McLean
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Jeffrey A. Goldwater
BOLLINGER RUBERRY & GARVEY
500 West Madison Street
Ste. 2300
Chicago, IL 60661

John D. Richardson
THE RICHARDSON LAW FIRM
119 S. Main St.
Ste. 725
Memphis, TN 38103

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Vincent P. Tomkiewicz
BOLLINGER RUBERRY & GARVEY
500 West Madison Street
Ste. 2300
Chicago, IL 60661

Honorable Samuel Mays
US DISTRICT COURT